LAW OFFICES OF ANTHONY J. SPERBER
ANTHONY J. SPERBER, SBN 197962
1808 Sixth Street
Berkeley, CA 94710
Telephone: (510) 845-8844
Facsimile: (510) 845-1998

Attorneys for Plaintiff,
Paul Anderson


GIBSON, DUNN & CRUTCHER LLP
EUGENE SCALIA, SBN 151540
RACHEL S. BRASS, SBN 219301
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant,
MCI Network Services, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MCI NETWORK SERVICES, INC.; and DOES 1 through 100,<br><br>        Defendant. | CASE NO. C 06-03542 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date:    n/a<br>Time:    n/a<br>Dept.:   Courtroom 6 |

   WHEREAS this Court's Case Management Order set December 8, 2006 as the deadline for completion of ADR; and

   WHEREAS the parties have agreed to participate in a private mediation with Jeffrey Ross on January 16, 2007;

   THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1   The ADR deadline shall move from December 8, 2006 to January 19, 2006.

2   DATED: December 8, 2006

4                                        By: s/Anthony J. Sperber
5                                                Anthony J. Sperber

6   Attorneys for Plaintiff
    PAUL ANDERSON

8   DATED: December 8, 2006            GIBSON, DUNN & CRUTCHER, LLP

10                                       By: s/Rachel S. Brass
                                                 Rachel S. Brass

11  Attorneys for Defendant
12  MCI NETWORK SERVICES, INC.

13  **ORDER**

14  So Ordered.

15  Dated: December 12, 2006

                                         _____
16                                       The Honorable [GRANTED — Judge Vaughn R Walker]