ANTHONY J. SPERBER, Bar No. 197962
LAW OFFICE OF ANTHONY J. SPERBER
1808 Sixth Street, Berkeley, CA 94710
Tel: 510.845.8844
Fax: 510.845.1998
anthony@sperberlaw.com

Attorneys for PLAINTIFF PAUL ANDERSON

IT IS SO ORDERED
Judge Vaughn R Walker
March 5, 2007

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MCI NETWORK SERVICE, INC., and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. C 06-03542 VRW<br><br>**REQUEST FOR DISMISSAL AFTER SETTLEMENT** |

　　　　WHEREAS, Defendant MCI Network Services, Inc. ("MCI") and Plaintiff Paul Anderson ("Anderson") have entered into a full and final written settlement agreement, which disposes of all claims by Anderson against MCI;

　　　　WHEREAS, Anderson now wishes to have this case dismissed with prejudice;

　　　　THEREFORE, Anderson, through his designated counsel, requests pursuant to Federal Rule of Civil Procedure 41, that the above captioned action be dismissed with prejudice, and that entry of judgment herein shall preclude any claim by counsel of record for Anderson for attorneys' fees, costs and/or expenses incurred in the litigation of his claims in any court.

REQUEST FOR DISMISSAL　　　　　　　　　　- 1 -　　　　　　　　　　CASE NO. C 06-03542 VRW

| | | |
|---|---|---|
| 1 | Dated: March 1, 2007 | LAW OFFICE OF ANTHONY J. SPERBER |
| 2 | | |
| 3 | | By: /s/ Anthony J. Sperber |
| 4 | | Anthony J. Sperber |
| | | Attorneys for Plaintiff PAUL ANDERSON |
| 5 | | |
| 6 | Dated: March 1, 2007 | GIBSON, DUNN & CRUTCHER LLP |
| 7 | | |
| 8 | | By: /s/ |
| 9 | | Rachel S. Brass |
| | | Attorneys for Defendant MCI NETWORK |
| 10 | | SERVICES, INC. |

REQUEST FOR DISMISSAL — - 2 - — CASE NO. C 06-03542 VRW